**JASON K. SINGLETON, CSB#166170**
**RICHARD E. GRABOWSKI, CSB#236207**
**SINGLETON LAW GROUP**
611 "L" STREET, SUITE "A"
EUREKA, CA 95501
(707) 441-1177
 FAX 441-1533

**Attorneys for Plaintiff, JEFF HOHLBEIN**

Dated: May 8, 2006



IT IS SO ORDERED
Judge Maxine M. Chesney

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFF HOHLBEIN,<br>          Plaintiff(s),<br>     v.<br><br>**LAVINA COLLENBERG, TONI COLLENBERG,** dba TONI'S 23 HOUR RESTAURANT, and DOES ONE to FIFTY, inclusive,<br>          Defendant(s). | **CASE NUMBER**<br><br>C-06-2193 MMC<br><br>**NOTICE OF DISMISSAL PURSUANT RULE 41(a) OR (c) F.R.Civ.P.** |

PLEASE TAKE NOTICE: (Check one)

- ■ This action is dismissed by the Plaintiff (s) in its entirety.
- ☐ The Counterclaim brought by Claimant (s) _____ is dismissed by Claimant (s) in its entirety.
- ☐ The Cross-Claim brought by Claimant (s) _____ is Dismissed by the Claimant (s) in its entirety.
- ☐ The Third-party Claim brought by Claimant (s) _____ is Dismissed by the Claimant (s) in its entirety.
- ☐ ONLY Defendant (s)_____ is (are) dismissed from
  (Circle one)    Complaint, Counterclaim, Cross-claim, Third Party Claim
  brought by    _____.

The dismissal is made pursuant to Rule 41 (a)  or  (c) of the Federal Rules of Civil Procedure.

DATED:    May  5, 2006

Digitally signed by Jason K. Singleton
DN: cn=Jason K. Singleton, c=US, o=LAW OFFICE OF JASON K. SINGLETON
Reason: I attest to the accuracy and integrity of this document
Date: 2006.05.05 11:21:13 -07'00'

_____
Signature of Attorney/Party

NOTE:  F.R.Civ.P. 41(a): THIS NOTICE MAY BE FILED AT ANY TIME BEFORE SERVICE BY THE ADVERSE PARTY OF AN ANSWER OR OF A MOTION FOR SUMMARY JUDGMENT, WHICHEVER FIRST OCCURS.

F.R.Civ.P. 41(c):  COUNTERCLAIMS, CROSS-CLAIMS & THIRD-PARTY CLAIMS MAY BE DISMISSED BEFORE SERVICE OF A RESPONSIVE PLEADING OR PRIOR TO THE BEGINNING OF TRIAL.

CV-9  (7/01)       NOTICE OF DISMISSAL PURSUANT TO F.R.Civ.P. 41 (a)  or  (c)